JOHN F. EVANS, Appellant, *v.* MAYER J. WEINSTEIN, Respondent.

*Evans* v. *Weinstein*, 124 App. Div. 316, affirmed.
(Argued March 31, 1909; decided April 27, 1909.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered February 21, 1908, reversing a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term and granting a new trial in an action to rescind a contract for the sale of real estate.

*Charles De Hart Brower* and *Seth B. Robinson* for appellant

*Harold Swain* and *Norman Wilmer Chandler* for respondent.

Order affirmed and judgment absolute ordered against appellant on the stipulation, with costs in all courts; no opinion.

Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, HAIGHT, VANN, WILLARD BARTLETT and CHASE, JJ.

---

LAWRENCE OLSEN, Respondent, *v.* NEW YORK AND LONG ISLAND TRACTION COMPANY, Appellant.

*Olsen* v. *N. Y. & Long Island Traction Co.*, 124 App. Div. 913, affirmed.
(Argued March 31, 1909; decided April 27, 1909.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered March 5, 1908, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial in an action to recover for personal injuries alleged to have been sustained by an employee through the master's negligence.

*I. R. Oeland* and *Van Vechten Veeder* for appellant.

*Pierre M. Brown* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, HAIGHT, VANN, WILLARD BARTLETT and CHASE, JJ.